# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY EUGENE LARSON, | Case No. 1:19-cv-01619-NONE-JDP (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CARRASCO, *et al.*, | |
| Defendants. | (Doc. Nos. 2, 5) |
| | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Harvey Eugene Larson is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 6, 2020, the assigned magistrate judge issued findings and recommendations that plaintiff's application to proceed *in forma pauperis* be denied and that plaintiff be required to pay the $400.00 filing fee in full to proceed with this action because he is subject to the three strikes bar pursuant to 28 U.S.C. § 1915(g) and the allegations in the complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g). (Doc. No. 5.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) Following the granting of an extension of time to do so, plaintiff filed objections on July 6, 2020. (Doc. No. 8.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's

objections, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Plaintiff's objections do not meaningfully address the reasoning of the findings and recommendations.

Accordingly,

1. The findings and recommendations issued on April 6, 2020, (Doc. No. 5), are adopted in full;

2. In accordance with 28 U.S.C. § 1915(g), plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is denied; and

3. Within **twenty-one (21) days** following the date of service of this order, plaintiff shall pay the $400.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   **September 21, 2020**

_____
UNITED STATES DISTRICT JUDGE