UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY EUGENE LARSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CARRASCO, *Warden*, and KINGS COUNTY,<br><br>    Defendants. | Case No. 1:19-cv-01619-NONE-HBK<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RETURN OF OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 9) |

    This matter is before the Court upon initial review of the case, which recently was reassigned to the undersigned on November 17, 2020. (Doc. No. 11). Plaintiff Harvey Eugene Larson, a state prisoner, initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on November 8, 2019. (Doc. No. 1). Plaintiff concurrently moved to proceed *In Forma Pauperis* ("IFP"). (Doc. 2).

    On April 6, 2020, the court issued a Findings and Recommendations ("F&R") that Plaintiff's motion to proceed IFP be denied. (Doc. 5). The court concluded Plaintiff was ineligible to proceed IFP because, pursuant to 28 U.S.C. § 1915(g), he "had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted" and had not shown he was facing imminent danger. (*Id.*).

Plaintiff objected to the F&R on July 6, 2020. (Doc. 8). On July 10, Plaintiff filed the instant motion requesting to have his objection "returned because copy could not be made before deadline." (Doc. 9). On September 22, 2020, the court adopted the F&R and ordered the dismissal of Plaintiff's action unless he paid the $400 filing fee within twenty-one days. (Doc. 10). The court considered Plaintiff's objections to the F&R but found they failed to "meaningfully address the [F&R's] reasoning." (*Id.* at 2). By considering Plaintiff's objections in upholding the F&R, the Court effectively rendered moot Plaintiff's motion to return his objections because his objections were considered by the Court.

The Court further notes that the twenty-one-day deadline to pay the $400.00 filing fee has long expired. In the September 22, 2020 Order, the Court held Plaintiff's failure to pay the filing fee would result in a dismissal of this action "without further notice." (Doc. No. 10, ¶ 3). Thus, the Court will direct the Clerk to close this action and enter judgment as directed by the Court's September 22, 2020 Order.

Accordingly, it is now **ORDERED**:

1. Plaintiff's Motion for Return of Objections to Findings and Recommendations (Doc. 9) is **DENIED as moot**.
2. Pursuant to the Court's September 22, 2020 Order (Doc. No. 10, ¶ 3) this case is dismissed, and the Clerk shall enter judgment and close this case.

IT IS SO ORDERED.

Dated:   January 13, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE